# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN THE MATTER OF: BRENDAN M.     :   No. 98 WM 2020
SULLIVAN, ESQ.   MOTION FOR      :
EXTENSION PURSUANT TO RULE 311    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of December, 2020, the "Petition for Extension of Admission under Rule 311" is GRANTED, IN PART. The petition is deficient, in that it fails to offer any argument consistent with the standard governing Rule 311 extensions. *See* Pa.B.A.R. 311(g) (specifying that the 30-month term of a temporary Rule 311 admission may be extended only upon a showing of good cause). Notwithstanding the deficiencies of the filing, Petitioner is GRANTED a limited extension of his Rule 311 licensure to ensure the continuity of services provided by the Franklin County Legal Services, Petitioner's employer. In order to afford Petitioner time to seek full admission to the Pennsylvania bar, his temporary admission is extended until October 31, 2021.